UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 19-00413 EMC |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ) | |
| v. ) | |
| ) | |
| DANIEL HALPERN and CLAUDIA RANGEL ) RODRIGUEZ, ) | |
| ) | |
| Defendants. ) | |

On February 12, 2020, the parties appeared for a status conference. The Court set a further status conference on April 15, 2020. At the hearing the parties agreed and the Court further ordered that the time in which the defendants must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3131 *et seq*. be excluded between February 12, 2020 and April 15, 2020, for effective preparation of counsel.

Therefore, for good cause shown, the Court finds that failing to exclude time between February 12, 2020 and April 15, 2020, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 12, 2020 and April 15, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

IT IS HEREBY ORDERED that the matter is set before this Court on April 15 2020 at 2:30 p.m. for a further status conference, and that the time between February 12, 2020 and April 15, 2020, shall be

excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: February 14, 2020

_____
HON. EDWARD M. CHEN
United States District Judge