| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | RAMSEY & EHRLICH LLP<br>AMY CRAIG - #269339<br>amy@ramsey-ehrlich.com<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>(510) 548-3600 (Tel)<br>(510) 291-3060 (Fax)<br><br>Counsel for Defendant Halpern |

FILED

Jun 03 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DANIEL HALPERN,<br><br>            Defendant. | CASE NO.: CR 19–0413 EMC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF RELEASE |

    Defendant Daniel Halpern was released on U.S. Pretrial Services supervision on November 7, 2019. On September 11, 2020, Mr. Halpern pled guilty to Count One of the Indictment, a violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B). He is currently scheduled to appear before this Court for sentencing on August 31, 2022, at 2:00 p.m.

    Mr. Halpern was released subject to the condition, amongst others, that he submit to periodic drug testing. Mr. Halpern has submitted to all requested drug tests since January 2020 and has never had a positive drug test. He has been compliant with all conditions of his release and has not incurred any violations. U.S. Pretrial Services Officer Sean Hamel describes Mr. Halpern as a "model client on supervision" and does not believe that continued drug testing is necessary.

    At this time, the parties and U.S. Pretrial Services agree and stipulate that Mr. Halpern's conditions of release be modified to remove the requirement that Mr. Halpern submit to periodic drug testing. Mr. Halpern will continue to abide by the previously-imposed conditions of his release set

forth in Docket 40.

IT IS SO STIPULATED.

Dated:                                              Respectfully submitted,

                                                    RAMSEY & EHRLICH LLP

                                                    _____/S/_____
                                                    Amy Craig
                                                    Counsel for Daniel Halpern


Dated:                                              Respectfully submitted,

                                                    STEPHANIE HINDS
                                                    United States Attorney


                                                    _____/S/_____
                                                    Molly Smolen
                                                    Assistant United States Attorney


# [P~~ROPOS~~ED] ORDER

On stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the conditions of release for Defendant Daniel Halpern shall be modified to remove the requirement that he submit to periodic drug testing.

**IT IS SO ORDERED.**

Dated:  6/3/2022                                    _____
                                                    THE HONORABLE LAUREL BEELER
                                                    UNITED STATES MAGISTRATE JUDGE